**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CRAVEN CASPER**<br><br>**Defendant.** | **Case No. 20-mj-00054 (DAR)** |

### SIXTH BI-WEEKLY STATUS REPORT

Pursuant to Paragraph 8 of the Standing Order issued by Chief Judge Beryl A. Howell on May 26, 2020, *see* Standing Order No. 20-29 (BAH), the United States hereby submits its fifth bi-weekly status report in the above-captioned matter.

The United States hereby avers that it intends to seek an indictment in this matter, should this matter not be resolved on or before July 15, 2020. Accordingly, the United States requests that the 30-day time period for filing an indictment, under 18 U.S.C. § 3161(b), be tolled until July 15, 2020.

                          Respectfully submitted,

                          MICHAEL R. SHERWIN
                          Acting United States Attorney
                          N.Y. Bar No. 4444188

By:      */s/*
            MICHAEL J. MARANDO
            Assistant United States Attorney
            Fraud & Public Corruption Section
            United States Attorney's Office for the
                District of Columbia
            555 4th Street, N.W.
            Washington, D.C. 20001